UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALON 2017, LLC
       Plaintiff,

                                  Case No. 18-11886
v.                             HON: DENISE PAGE HOOD

CITY OF YPSILANTI
       Defendant.
_____

THE LAW OFFICES OF AARON D. COX, PLLC
Aaron D. Cox (P69346)
Co-Counsel for Plaintiff
23380 Goddard Rd.
Taylor, MI 48180
734-287-3664
Aaron@aaroncoxlaw.com

MARK K. WASVARY, P.C.
Mark K. Wasvary (P51575)
Co-Counsel for Plaintiff
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
248-649-5667

Garan Lucow Miller, PC
John J. Gillooly (P41948)
Attorney for Defendant
1155 Brewery Park Blvd. Suite 200
Ypsilanti, MI 48207
313-465-5501
jgillooly@garanlucow.com
_____

**ORDER OF DISMISSAL**

1

2

This matter having come before the Court on Stipulation and Agreement by and between the parties hereto through their respective counsel of record.

IT IS HEREBY ORDERED THAT the above entitled litigation, and each claim and cause of action therein, is hereby dismissed with prejudice and without costs or fees to any party.

This is a final order which closes the case.

Dated: April 14, 2020

s/Denise Page Hood  
United States District Judge